Timothy Rhoads
3753 Francisco Ave
Chicago, IL 60618
312 869 4206
seth@solarblu.net

United States District Court
North District Illinois

TIMOTHY RHOADS,

Plaintiff,

vs.

GONZALEZ

Defendant,

Case No.: 1:16-cv-07621

DEMAND

Your Honor,

This demand is only for James Gonzalez involvement in this case and no other party. Recap is below:

1. James Gonzalez Harrassed a person filing a complaint $100,000

Threatened me on the phone "if I have you in cuffs and I beat your ass what do you call it?" I responded "excessive force" he responded are you threatening me?" " I'm coming to your house you better be on your fucking front porch".

2. James Gonzalez obstructed justice 50,000

James' job was to properly investigate the complaint he never called me to ask what my side of the story was but he had a lot of conversations with the bar. Listened to their lies and agreed with them. They provided him only a portion of video that is available for the night. You would have seen had you done a proper investigation that I defended myself and 5 minutes before that I was having a blast for my birthday. Now I have permamant face and nerve damage and PTSD, anxiety and depression. My medication has doubled and I had to go to the hospital for 5 days. Great job.

3. James Gonzalez perjured himself 100,000 color of law infraction

Anything James wrote to get a case against me is deemed perjury.

4. James Gonzalez withheld evidence from complainant 25,000

Did not inform me there was a video, show me a video or even touch base about my complaint. FOIA request has still not been complied with.

5. James Gonzalez coerced officers 100,000 color of law infraction

DEMAND - 1

James to be a tenured supervisor on the detective level and socially manipulated his officers into believing that he felt threatened through a phone line. And that he needed to use departmental resources in excess of 8 officers and three cars to come arrest someone who posed no threat at their house.

6. James Gonzalez civil rights violations 100,000 color of law infraction

   Illegal arrest. Officer put cuffs on me and restricted my blood flow. Detained me for 7 hours. Had to walk home.

7. James Gonzalez assault 50,000

   Officer cupped my ass and let it rest an uncomfortable amount of time while the other officers were not paying attention. Then shoved me in the car and slammed the door in my face. No air conditioning in the middle of summer. When he shoved me in the car he pressed his fat nasty sloppy out of shape body against me and breathed in my face.

8. James Gonzalez detainment $600 x 8 = $4,800

   Detained me for 7 hours while he figured out what charges he wanted to file. Coerced someone into signing off on these charges.

9. James Gonzalez frivolous lawsuit $100,00 color of law infraction

   Charges were frivolous and meant to intimidate me. I missed 4 days of work due to the stress.

10. James Gonzalez improper investigation by a detective 50,000

    James had a video tape which clearly shows me to his words "flaingly around like a faggot". It shows me defending myself from 4 perpetrators who still have not had charges pressed on them. Being a handicapped citizen and handling myself flawlessly I would have thought seeing this on tape would have worked in my favor.

11. James Gonzalez tresepassing – $50,000

    Forced himself onto my property with delusional probable cause and coercion.

    Hospitalization - $20,000

    Counseling $5000

    Total Settlement Damages requested: $754,800

Thank you for very much for your consideration in this complicated matter.
Timothy Rhoads

Dated on this date February 2th 2017

DEMAND - 2

/s/Timothy Rhoads
3753 Francisco Ave
Chicago, IL 60618
321 869 4206
seth@solarblu.net

DEMAND - 3